# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, 2540  Telephone: (212) 317-1200
New York, New York 10165  Facsimile: (212) 317-1620

June 15, 2018

**BY ECF**
Hon. Sarah Netburn
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  Oropeza Duran v. Marketplace 41 Inc., et al.,
     17-cv-4388 (SN)

Your Honor:

    I am an attorney from the office of Michael Faillace & Associates, representing the Plaintiff in the above referenced matter. Pursuant to the settlement conference conducted before Your Honor on May 10, 2018, the parties have executed the Agreement annexed hereto as Exhibit A. The Agreement conforms to the terms negotiated before Your Honor. In light of Your Honor's oversight of the settlement, the parties jointly request that Your Honor approve the Agreement as fair and reasonable and close this matter.

    The parties thank the Court for its time and assistance.

Respectfully Submitted,

/s/Shawn R. Clark
Shawn R. Clark
MICHAEL FAILLACE & ASSOCIATES, P.C.

Enclosure